# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 08-0945 (RJL) |
| ) | |
| KENNETH L. SALAZAR, in his official ) | |
| capacity as Secretary of the Interior, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| STATE OF WYOMING, ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion, it is this 26 day of March, 2010, hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment [#24] is **DENIED**; it is further

**ORDERED** that Federal Defendants' Cross Motion for Summary Judgment [#27] and Defendant-Intervenor State of Wyoming's Cross Motion for Summary Judgment [#26] are **GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendants.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge